IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3088 |
| vs. | |
| ANTONIO DE JESUS CASTRO, | ORDER |
| Defendant. | |

Defendant has moved to continue Defendant's probable cause hearing. (Filing No. 890). The motion to continue is unopposed. Based on the representations of counsel, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (Filing No. 890), is granted.

2) Defendant's probable cause hearing will be held before the undersigned magistrate judge on July 7, 2020 at 2:00 p.m.. Defendant is ordered to appear at this hearing.

3) For the reasons stated by counsel, the Court finds that the ends of justice served by continuing Defendant's probable cause hearing outweigh the best interest of Defendant and the public in a speedy trial. Accordingly, the time between today's date and July 7, 2020 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

April 1, 2020.

BY THE COURT:

s/Cheryl R. Zwart
United States Magistrate Judge